## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: William S. Sukitch                                              CHAPTER 13
             Eileen L. Sukitch
                       Debtor(s)                              BKY. NO. 23-20163

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC and index same on the master mailing list.

                                        Respectfully submitted,

                                        /s/ **Brian C. Nicholas**
                                        Brian Nicholas
                                        31 Jan 2023, 13:25:52, EST

                                        Brian C. Nicholas, Esq. (317240) ☑
                                        Denise Carlon, Esq. (317226) ☐
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106
                                        412-430-3594
                                        bkgroup@kmllawgroup.com