Certificate Number: 20611-PAW-DE-037215047

Bankruptcy Case Number: 23-20163



20611-PAW-DE-037215047

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 27, 2023, at 10:41 o'clock AM EST, Eileen L Sukitch completed a course on personal financial management given by internet by Ronda J. Winnecour, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   February 27, 2023                By:   /s/Consuelo V Gerhardt

Name:   Consuelo V Gerhardt

Title:   Financial Educator