Certificate Number: 20611-PAW-DE-037215068

Bankruptcy Case Number: 23-20163



20611-PAW-DE-037215068

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 27, 2023, at 10:39 o'clock AM EST, William S Sukitch completed a course on personal financial management given by internet by Ronda J. Winnecour, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   February 27, 2023         By:    /s/Consuelo V Gerhardt

                                  Name:  Consuelo V Gerhardt

                                  Title: Financial Educator