IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BK No.: 23-20163-jad |
| William S. Sukitch & | : | |
| Eileen L. Sukitch, | : | |
| Debtors | : | Chapter 13 |
| | : | |
| William S. Sukitch, Movant | : | |
| | : | |
| Vs. | : | |
| Ronda J. Winnecour, | : | |
| Chapter 13 Trustee, Respondent | : | |

### CERTIFICATE OF NO OBJECTION REGARDING MOTION TO EMPLOY SPECIAL COUNSEL

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Employ Special Counsel filed on January 12, 2024 has been received.  The undersigned further certifies that the Court's docket has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than January 29, 2024.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date:  January 30, 2024                    RESPECTFULLY SUBMITTED,


/s/Shawn N. Wright
Shawn N. Wright, Esquire
PA I.D. #64103
Counsel for Movant
7240 McKnight Road
Pittsburgh, PA 15237
(412) 920-6565
shawn@shawnwrightlaw.com