# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**IN RE:**

**William S. Sukitch**
**Eileen L. Sukitch**

         **Debtor(s).**

Case No. 23-20163-JAD

Chapter 13

Related to Doc. Nos. 2 & 26 <u>and 40</u>

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

- ❑ a motion to dismiss case or certificate of default requesting dismissal

- ☒ a plan modification sought by: <u>The Trustee</u>

- ❑ a motion to lift stay
  as to creditor  _____

- ❑ Other: _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Chapter 13 Plan dated <u>January 26, 2023</u>
❑ Amended Chapter 13 Plan dated _____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

- ❑ Debtor(s) Plan payments shall be changed from $ _____ to $ _____ per _____, effective _____; and/or the Plan term shall be changed from ___ months to ____ months.

[04/22]

-1-

❑ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❑ Debtor(s) shall file and serve _____ on or before _____.

❑ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❑ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other: <u>The claim of Baldwin Township (Trash) (Claim #14) shall govern. The claim of Baldwin Township (SWG) (Claim #15) shall govern.</u>

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this __18th__ day of ____April____, 202_4_

Dated: _____4/18/2024_____

_____ sjk
United States Bankruptcy Judge
Jeffery A. Deller

Stipulated by:

/s/ Shawn N. Wright
Shawn N. Wright (PA I.D. #64103)
Counsel to Debtor
7240 McKnight Road
Pittsburgh, PA  15237
412-920-6565
shawn@shawnwrightlaw.com

Stipulated by:

/s/ Katherine DeSimone
Katherine DeSimone (PA I.D. #42575)
Counsel to Chapter 13 Trustee
Office of the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
kdesimone@chapter13trusteewdpa.com

cc:   All Parties in Interest to be served by Clerk

FILED
4/18/24 10:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

[04/22]                              -3-

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 23-20163-JAD
William S. Sukitch     Chapter 13
Eileen L. Sukitch
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: Apr 18, 2024     Form ID: pdf900     Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William S. Sukitch, Eileen L. Sukitch, 2901 Jameson Drive, Pittsburgh, PA 15226-2534 |
| sp | + | Paul Mankin, The Law Office of Paul Mankin, 4655 Cass Street, Ste. 410, San Diego, CA 92109-2812 |
| 15585643 | + | Baldwin Township, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15565414 | | Citicards, PO Box 6421, Sioux Falls, SD 57117 |
| 15565474 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 19 2024 00:00:36 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 18 2024 23:47:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15565413 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 19 2024 00:00:36 | Capital One, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 15578650 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 19 2024 00:00:07 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15581761 | | Email/Text: bnc-quantum@quantum3group.com | Apr 18 2024 23:48:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 15565415 | | Email/Text: mrdiscen@discover.com | Apr 18 2024 23:47:00 | Discover, P.O. Box 15316, Wilmington, DE 19850 |
| 15565419 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 19 2024 00:00:26 | Macy's, 9111 Duke Boulevard, Mason, OH 45040 |
| 15567726 | | Email/Text: mrdiscen@discover.com | Apr 18 2024 23:47:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15587129 | + | Email/Text: jdryer@bernsteinlaw.com | Apr 18 2024 23:47:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15565416 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 19 2024 00:00:13 | Home Depot, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15586580 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 18 2024 23:48:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15565417 | | Email/Text: PBNCNotifications@peritusservices.com | Apr 18 2024 23:47:00 | Kohl's, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 15565418 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 18 2024 23:47:00 | Kohls/Capital One, Box 3115, Milwaukee, WI 53201-3115 |
| 15581986 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 19 2024 00:00:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

Case 23-20163-JAD    Doc 42    Filed 04/20/24    Entered 04/21/24 00:26:09    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 18, 2024 | Form ID: pdf900 | Total Noticed: 41 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15565420 | | Email/Text: EBN@Mohela.com | Apr 18 2024 23:47:00 | Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15622759 | | Email/Text: EBN@Mohela.com | Apr 18 2024 23:47:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |
| 15569151 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Apr 18 2024 23:48:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 15565421 | | Email/Text: ext_ebn_inbox@navyfederal.org | Apr 18 2024 23:48:00 | Navy Federal Credit Union, P.O. Box 3501, Merrifield, VA 22119-3501 |
| 15565422 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 18 2024 23:47:00 | PNC Bank, P.O. Box 5580, Cleveland, OH 44101 |
| 15583618 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 18 2024 23:47:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15588931 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 19 2024 00:00:25 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15569404 | + | Email/Text: ebnpeoples@grblaw.com | Apr 18 2024 23:47:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15565423 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 18 2024 23:48:00 | Rocket Mortgage, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15573119 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 18 2024 23:48:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 15565430 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 19 2024 00:00:25 | SYWMC/Citibank, 701 E. 60th Street North, Sioux Falls, SD 57104-0432 |
| 15565424 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 19 2024 00:00:07 | Syncb/Amazon, PO Box 965005, Orlando, FL 32896-5005 |
| 15565425 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 19 2024 00:00:22 | Syncb/At Home, PO Box 965013, Orlando, FL 32896-5013 |
| 15565426 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 19 2024 00:00:34 | Syncb/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 15565427 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 19 2024 00:00:07 | Syncb/Home Design, PO Box 965005, Orlando, FL 32896-5005 |
| 15565428 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 19 2024 00:00:32 | Syncb/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 15565429 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 19 2024 00:00:27 | Syncb/Sams Club, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 15588469 | | Email/PDF: ebn_ais@aisinfo.com | Apr 19 2024 00:00:26 | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15565431 | + | Email/Text: bkelectronicnotices@usaa.com | Apr 18 2024 23:47:00 | USAA Savings Bank, 10750 McDermott Freeway, San Antonio, TX 78288-1600 |
| 15565433 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 19 2024 00:12:12 | WF Dillards, PO Box 14517, Des Moines, IA 50306-3517 |
| 15565432 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 19 2024 00:00:07 | Wells Fargo Bank, PO Box 14517, Des Moines, IA 50306-3517 |
| 15577861 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 19 2024 00:00:33 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 36

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID      Bypass Reason    Name and Address**

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Apr 18, 2024 | Form ID: pdf900 | Total Noticed: 41 |

| | | |
|---|---|---|
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC |
| cr | *+ | Baldwin Township, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Jeffrey R. Hunt | on behalf of Creditor Baldwin Township jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Shawn N. Wright | on behalf of Joint Debtor Eileen L. Sukitch shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |
| Shawn N. Wright | on behalf of Debtor William S. Sukitch shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |

TOTAL: 8