IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BK No.: 23-20163-jad |
| William S. Sukitch & | : | |
| Eileen L. Sukitch, | : | |
|     Debtors | : | Chapter 13 |
| | : | |
| William S. Sukitch, Movant | : | |
| | : | |
| Vs. | : | Hrg: 9/3/2024 @ 10 am |
| Ronda J. Winnecour, | : | |
| Chapter 13 Trustee, Respondent | : | |

## CERTIFICATE OF NO OBJECTION REGARDING MOTION TO APPROVE SETTLEMENT

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Approve Settlement filed on July 18, 2024 has been received. The undersigned further certifies that the Court's docket has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than August 5, 2024.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: August 6, 2024               /s/Shawn N. Wright
                                    Shawn N. Wright, Esquire
                                    Counsel for Debtors
                                    7240 McKnight Road
                                    Pittsburgh, PA 15237
                                    (412) 920-6565
                                    PA--#64103
                                    shawn@shawnwrightlaw.com