**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| William S. Sukitch & Eileen Sukitch, ) | |
|     Debtors ) | Case No.: 23-20163-jad |
| ) | Chapter 13 |
| William S. Sukitch, ) | |
|     Movant ) | |
| Vs. ) | Related to Doc. #43 |
| Ronda J. Winnecour, Trustee, ) | |
|     Respondent ) | |

### ORDER APPROVING PERSONAL INJURY CLAIM SETTLEMENT

AND NOW, this 30th day of August, 2024, upon consideration of the Debtor's Motion for Approval of Settlement, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. As it appears that Debtor, William S. Sukitch, has a legal claim against 3M for personal injuries sustained after repeated wearing of earplugs;
2. It further appears that a settlement offer in the gross amount of Ten Thousand Dollars ($10,000.00) for the said claim of has been made to Special Counsel of Debtor, Paul Mankin, Esquire;
3. This Court finds that the said settlement offer is fair and reasonable, and
4. Special Counsel of Debtor, Paul Mankin, Esquire, of The Law Office of Paul Mankin, 4655 Cass Street, Suite 410, San Diego, CA 92109, shall be permitted to distribute the above-referenced funds as follows:
   a) Mr. Mankin's legal fees of $3,640.00 are approved along with his legal expenses of $421.61 and $900 to be disbursed for healthcare liens, and
   b) the net sum of $5,038.39 to be paid to the Debtor.

_____ sjk
Jeffery Deller
United States Bankruptcy Judge

Case Administrator to mail to:
    Debtors
    Counsel

FILED
8/30/24 9:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-20163-JAD |
| William S. Sukitch | Chapter 13 |
| Eileen L. Sukitch | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Aug 30, 2024 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William S. Sukitch, Eileen L. Sukitch, 2901 Jameson Drive, Pittsburgh, PA 15226-2534 |
| sp | #+ | Paul Mankin, The Law Office of Paul Mankin, 4655 Cass Street, Ste. 410, San Diego, CA 92109-2812 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Sep 01, 2024 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | |
| | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com |
| Jeffrey Hunt | |
| | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Jeffrey R. Hunt | |
| | on behalf of Creditor Baldwin Township jhunt@grblaw.com |
| Keri P. Ebeck | |
| | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com |

| | | | |
|---|---|---|---|
| District/off: 0315-2 | User: auto | | Page 2 of 2 |
| Date Rcvd: Aug 30, 2024 | Form ID: pdf900 | | Total Noticed: 2 |

btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Shawn N. Wright
    on behalf of Joint Debtor Eileen L. Sukitch shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Shawn N. Wright
    on behalf of Spec. Counsel Paul Mankin shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Shawn N. Wright
    on behalf of Debtor William S. Sukitch shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

TOTAL: 9