**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| WILLIAM S. SUKITCH | Case No. 23-20163JAD |
| EILEEN L. SUKITCH | |
| Debtor(s) | Chapter 13 |
| RONDA J. WINNECOUR, | |
| Standing Chapter 13 Trustee, | |
| Movant | Document No __ |
| vs. | |
| NAVY FEDERAL CREDIT UNION* | |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> THE CREDITOR'S MAIL HAS BEEN RETURNED BY THE POSTAL SERVICE AS UNDELIVERABLE.  NO CHANGE OF ADDRESS OR AMENDED CLAIM HAVE BEEN FILED.

| | |
|---|---|
| NAVY FEDERAL CREDIT UNION* | Court claim# 2/Trustee CID# 15 |
| ATTN: BANKRUPTCY DEPT* | |
| POB 3000* | |
| MERRIFIELD, VA 22119 | |

The Movant further certifies that on 04/22/2025 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
WILLIAM S. SUKITCH, EILEEN L. SUKITCH, 2901 JAMESON DRIVE, PITTSBURGH, PA  15226

DEBTOR'S COUNSEL:
SHAWN N WRIGHT ESQ, LAW OFFICE OF SHAWN N WRIGHT, 7240 MCKNIGHT RD, PITTSBURGH, PA  15237

ORIGINAL CREDITOR:
NAVY FEDERAL CREDIT UNION*, ATTN: BANKRUPTCY DEPT*, POB 3000*, MERRIFIELD, VA  22119

NEW CREDITOR: