IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Case No. 23-20163-JAD |
| William S. Sukitch ) | Chapter 13 |
| Eileen L. Sukitch ) | |
|     Debtor(s) ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee ) | |
|     Movant(s) ) | |
|     vs. ) | |
| William S. Sukitch ) | |
| Eileen L. Sukitch ) | |
|     Respondent(s) ) | |

## NOTICE OF HYBRID HEARING ON TRUSTEE'S MOTION TO DISMISS

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing. If a written response is timely filed, a "hybrid" hearing on the Trustee's motion will be held on February 3, 2026 at 10:00 a.m. before Judge Jeffery A. Deller in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA, 15219. A "hybrid" hearing is one which any counsel and/or litigant may choose to attend in-person or remotely utilizing the Zoom Video Conference Platform ("Zoom"). Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Deller's website (which can be found at https://www.pawb.uscourts.gov/judge-dellers-video-conference-hearing-information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Deller's *General Procedures*, which can be found at https://www.pawb.uscourts.gov/procedures-0.

Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response on or before January 26, 2026.

| | |
|---|---|
| <u>1/7/26</u><br>Date | <u>/s/ Ronda J. Winnecour</u><br>Ronda J. Winnecour (PA I.D. #30399)<br>Attorney and Chapter 13 Trustee<br>U.S. Steel Tower – Suite 3250<br>600 Grant Street<br>Pittsburgh, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |