**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

WILLIAM S. SUKITCH
EILEEN L. SUKITCH
       Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
       Movant
     vs.
No Respondents.

Case No.:23-20163 JAD

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

February 24, 2026

/s/  Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

　　1.  The case was filed on 01/26/2023  and confirmed on 2/28/23 .  The case was subsequently　　Completed After Confirmation

　　2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 114,556.61 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 114,556.61 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 4,500.00 | |
| Trustee Fee | 6,744.65 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,244.65 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| ROCKET MORTGAGE LLC FKA QUICKEN I | 0.00 | 53,177.05 | 0.00 | 53,177.05 |
| Acct: 3660 | | | | |
| ROCKET MORTGAGE LLC FKA QUICKEN I | 104.70 | 104.70 | 0.00 | 104.70 |
| Acct: 3660 | | | | |
| BALDWIN TOWNSHIP (TRASH) | 164.64 | 164.64 | 21.95 | 186.59 |
| Acct: S194 | | | | |
| BALDWIN TOWNSHIP (SWG) | 162.69 | 162.69 | 21.70 | 184.39 |
| Acct: S194 | | | | |
| BALDWIN TOWNSHIP (SWG) | 2.36 | 2.36 | 0.00 | 2.36 |
| Acct: S194 | | | | |
| NAVY FEDERAL CREDIT UNION* | 0.00 | 20,606.41 | 0.00 | 20,606.41 |
| Acct: 6308 | | | | |
| | | | | 74,261.50 |
| **Priority** | | | | |
| SHAWN N WRIGHT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILLIAM S. SUKITCH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SHAWN N WRIGHT ESQ | 4,500.00 | 4,500.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| US DEPARTMENT OF EDUCATION/MOHEL | 0.00 | 17,100.00 | 0.00 | 17,100.00 |
| Acct: 0036 | | | | |
| CAPITAL ONE NA BY AMERICAN INFOSOU | 6,096.53 | 914.48 | 0.00 | 914.48 |
| Acct: 3877 | | | | |
| LVNV FUNDING LLC | 1,701.42 | 255.21 | 0.00 | 255.21 |
| Acct: 4794 | | | | |
| LVNV FUNDING LLC | 5,622.03 | 843.30 | 0.00 | 843.30 |
| Acct: 3892 | | | | |
| DISCOVER BANK(*) | 5,620.45 | 843.07 | 0.00 | 843.07 |
| Acct: 4641 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 694.69 | 104.20 | 0.00 | 104.20 |

23-20163 JAD                                                                    Page 2 of 3

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 5414 | | | | |
| KOHLS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KOHLS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CITIBANK NA** | 964.10 | 144.62 | 0.00 | 144.62 |
| Acct: 0982 | | | | |
| NAVY FEDERAL CREDIT UNION* | 26,916.47 | 4,037.47 | 0.00 | 4,037.47 |
| Acct: 7065 | | | | |
| PNC BANK NA | 764.61 | 114.69 | 0.00 | 114.69 |
| Acct: 4595 | | | | |
| LVNV FUNDING LLC | 2,316.35 | 347.45 | 0.00 | 347.45 |
| Acct: 4952 | | | | |
| SYNCHRONY BANK BY AIS INFOSOURCE | 423.13 | 63.47 | 0.00 | 63.47 |
| Acct: 4047 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC(*) | 5,684.90 | 852.73 | 0.00 | 852.73 |
| Acct: 0766 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC(*) | 1,187.82 | 178.17 | 0.00 | 178.17 |
| Acct: 7848 | | | | |
| LVNV FUNDING LLC | 6,087.51 | 913.13 | 0.00 | 913.13 |
| Acct: 4860 | | | | |
| LVNV FUNDING LLC | 5,029.10 | 754.36 | 0.00 | 754.36 |
| Acct: 8634 | | | | |
| LVNV FUNDING LLC | 2,747.56 | 412.13 | 0.00 | 412.13 |
| Acct: 7534 | | | | |
| CITIBANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| USAA FEDERAL SAVINGS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WELLS FARGO BANK NA | 7,003.73 | 1,050.56 | 0.00 | 1,050.56 |
| Acct: 9741 | | | | |
| WELLS FARGO BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 157.90 | 23.68 | 0.00 | 23.68 |
| Acct: 5072 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 651.62 | 97.74 | 0.00 | 97.74 |
| Acct: 9639 | | | | |
| WH BURKLEY LLP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4860 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 29,050.46 |

TOTAL PAID TO CREDITORS                                                       103,311.96

23-20163 JAD

TOTAL CLAIMED
PRIORITY            0.00
SECURED           434.39
UNSECURED      79,669.92


Date: 02/24/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    WILLIAM S. SUKITCH
    EILEEN L. SUKITCH
          Debtor(s)

    Ronda J. Winnecour
          Movant
        vs.
    No Repondents.

Case No.:23-20163 JAD

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminate and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 23-20163-JAD |
|---|---|
| William S. Sukitch | Chapter 13 |
| Eileen L. Sukitch | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Feb 25, 2026 | Form ID: pdf900 | Total Noticed: 40 |

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##         Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + William S. Sukitch, Eileen L. Sukitch, 2901 Jameson Drive, Pittsburgh, PA 15226-2534 |
| 15585643 | + Baldwin Township, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 26 2026 00:30:15 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + Email/Text: ebnpeoples@grblaw.com | Feb 26 2026 00:17:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15565413 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 26 2026 00:30:13 | Capital One, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 15578650 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 26 2026 00:30:02 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15581761 | Email/Text: bnc-quantum@quantum3group.com | Feb 26 2026 00:17:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 15565414 | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 26 2026 00:30:27 | Citicards, PO Box 6421, Sioux Falls, SD 57117 |
| 15565415 | Email/Text: mrdiscen@discover.com | Feb 26 2026 00:17:00 | Discover, P.O. Box 15316, Wilmington, DE 19850 |
| 15565419 | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 26 2026 00:30:17 | Macy's, 9111 Duke Boulevard, Mason, OH 45040 |
| 15567726 | Email/Text: mrdiscen@discover.com | Feb 26 2026 00:17:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15587129 | + Email/Text: jdryer@bernsteinlaw.com | Feb 26 2026 00:17:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15565416 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 26 2026 00:30:17 | Home Depot, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15586580 | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 26 2026 00:18:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15565417 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 26 2026 00:30:23 | Kohl's, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 15565418 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 26 2026 00:30:24 | Kohls/Capital One, Box 3115, Milwaukee, WI 53201-3115 |

District/off: 0315-2 | User: auto | Page 2 of 3
Date Rcvd: Feb 25, 2026 | Form ID: pdf900 | Total Noticed: 40

| | | | |
|---|---|---|---|
| 15581986 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 26 2026 00:30:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15565420 | Email/Text: EBN@Mohela.com | Feb 26 2026 00:17:00 | Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15622759 | Email/Text: EBN@Mohela.com | Feb 26 2026 00:17:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |
| 15569151 | + Email/Text: ext_ebn_inbox@navyfederal.org | Feb 26 2026 00:18:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 15565421 | + Email/Text: ext_ebn_inbox@navyfederal.org | Feb 26 2026 00:18:00 | Navy Federal Credit Union, P.O. Box 3501, Merrifield, VA 22119-3501 |
| 15565422 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 26 2026 00:17:00 | PNC Bank, P.O. Box 5580, Cleveland, OH 44101 |
| 15583618 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 26 2026 00:17:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15588931 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 26 2026 00:30:26 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15569404 | + Email/Text: ebnpeoples@grblaw.com | Feb 26 2026 00:17:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15565423 | + Email/Text: bankruptcyteam@rocketmortgage.com | Feb 26 2026 00:18:00 | Rocket Mortgage, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15573119 | + Email/Text: bankruptcyteam@rocketmortgage.com | Feb 26 2026 00:18:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 15565430 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 26 2026 00:30:05 | SYWMC/Citibank, 701 E. 60th Street North, Sioux Falls, SD 57104-0432 |
| 15565424 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2026 00:30:12 | Syncb/Amazon, PO Box 965005, Orlando, FL 32896-5005 |
| 15565425 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2026 00:30:12 | Syncb/At Home, PO Box 965013, Orlando, FL 32896-5013 |
| 15565426 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2026 00:30:23 | Syncb/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 15565427 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2026 00:30:12 | Syncb/Home Design, PO Box 965005, Orlando, FL 32896-5005 |
| 15565428 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2026 00:30:12 | Syncb/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 15565429 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2026 00:30:12 | Syncb/Sams Club, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 15588469 | Email/PDF: ebn_ais@aisinfo.com | Feb 26 2026 00:30:05 | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15565474 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 26 2026 00:30:04 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15565431 | + Email/Text: bkelectronicnotices@usaa.com | Feb 26 2026 00:17:00 | USAA Savings Bank, 10750 McDermott Freeway, San Antonio, TX 78288-1600 |
| 15565433 | + Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Feb 26 2026 00:30:02 | WF Dillards, PO Box 14517, Des Moines, IA 50306-3517 |
| 15565432 | + Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Feb 26 2026 00:30:13 | Wells Fargo Bank, PO Box 14517, Des Moines, IA 50306-3517 |
| 15577861 | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Feb 26 2026 00:30:02 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 38

District/off: 0315-2                                    User: auto                                         Page 3 of 3
Date Rcvd: Feb 25, 2026                                Form ID: pdf900                                  Total Noticed: 40

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC |
| cr | *+ | Baldwin Township, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| sp | ##+ | Paul Mankin, The Law Office of Paul Mankin, 4655 Cass Street, Ste. 410, San Diego, CA 92109-2812 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2026                      Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Jeffrey R. Hunt | on behalf of Creditor Baldwin Township jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Shawn N. Wright | on behalf of Joint Debtor Eileen L. Sukitch shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |
| Shawn N. Wright | on behalf of Spec. Counsel Paul Mankin shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |
| Shawn N. Wright | on behalf of Debtor William S. Sukitch shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |

TOTAL: 9