**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **WILLIAM S. SUKITCH** |
| Debtor 2 (Spouse, if filing) | **EILEEN L. SUKITCH** |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** (State) |
| Case Number | **23-20163JAD** |

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

### Part 1:   Mortgage Information

**Name of claim holder:**   ROCKET MORTGAGE LLC FKA QUICKEN LOANS LLC

**Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account:   3  6  6  0

**Property Address:**

2901 JAMESON DR
Number      Street

PITTSBURGH                          PA      15226
City                                State    ZIP Code

### Part 2:   Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

### Part 3:   Arrearages

| | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $ 104.70 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $ 104.70 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $ 104.70 |

**Part 4:**   **Postpetition Payment**

*Check one:*

☐ Postpetition payments are made by the debtor.

☒ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:     $     53,177.05

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on
<u>January 2026</u>. All subsequent ongoing mortgage payments must be made directly by the debtor to the
mortgage claimant.

**Part 5:**   **Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee:     $     -0-

**Part 6:**   **A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice , the holder of the claim must file a response using Official Form 410C13-NR .**

✘ /s/ Ronda J. Winnecour _____     Date   03/02/2026
    Signature

Trustee     Ronda J. Winnecour _____
            First Name          Middle Name          Last Name

Address     CHAPTER 13 TRUSTEE WD PA, 600 GRANT STREET _____
            Number      Street

            PITTSBURGH                    PA      15219
            City                          State   ZIP Code

Contact phone   (412) 471-5566 _____     Email   cmecf@chapter13trusteewdpa.com

| Debtor 1 | **SUKITCH** | | Case Number **23-20163JAD** | | Page 1 |
| | Name | | | | |

# History Of Payments

## Part 3 - b (Prepetition Arrears)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 5 | ROCKET MORTGAGE LLC FKA QUICK | 05/25/2023 | 1269170 | Amounts Disbursed To Creditor | 98.26 |
| 5 | ROCKET MORTGAGE LLC FKA QUICK | 06/26/2023 | 1272059 | Amounts Disbursed To Creditor | 6.44 |
| | | | | Total for Claim Number 5: | 104.70 |
| | | | | | |
| | | | | **Total for Part 3 - b (Prepetition Arrears):** | **104.70** |

## Part 4 - a (Postpetition Payments)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 5 | ROCKET MORTGAGE LLC FKA QUICK | 03/28/2023 | 1263491 | Amounts Disbursed To Creditor | 3,646.94 |
| 5 | ROCKET MORTGAGE LLC FKA QUICK | 04/25/2023 | 1266301 | Amounts Disbursed To Creditor | 1,825.11 |
| 5 | ROCKET MORTGAGE LLC FKA QUICK | 05/25/2023 | 1269170 | Amounts Disbursed To Creditor | 1,760.60 |
| 5 | ROCKET MORTGAGE LLC FKA QUICK | 06/26/2023 | 1272059 | Amounts Disbursed To Creditor | 1,446.53 |
| 5 | ROCKET MORTGAGE LLC FKA QUICK | 07/25/2023 | 1274801 | Amounts Disbursed To Creditor | 1,446.53 |
| 5 | ROCKET MORTGAGE LLC FKA QUICK | 08/25/2023 | 1277593 | Amounts Disbursed To Creditor | 1,446.53 |
| 5 | ROCKET MORTGAGE LLC FKA QUICK | 09/26/2023 | 1280312 | Amounts Disbursed To Creditor | 1,446.53 |
| 5 | ROCKET MORTGAGE LLC FKA QUICK | 10/25/2023 | 1283019 | Amounts Disbursed To Creditor | 1,446.53 |
| 5 | ROCKET MORTGAGE LLC FKA QUICK | 11/27/2023 | 1285702 | Amounts Disbursed To Creditor | 1,481.66 |
| 5 | ROCKET MORTGAGE LLC FKA QUICK | 12/21/2023 | 1288272 | Amounts Disbursed To Creditor | 1,481.66 |
| 5 | ROCKET MORTGAGE LLC FKA QUICK | 01/26/2024 | 1290984 | Amounts Disbursed To Creditor | 1,481.66 |
| 5 | ROCKET MORTGAGE LLC FKA QUICK | 02/26/2024 | 1293621 | Amounts Disbursed To Creditor | 1,481.66 |
| 5 | ROCKET MORTGAGE LLC FKA QUICK | 03/26/2024 | 1296278 | Amounts Disbursed To Creditor | 1,481.66 |
| 5 | ROCKET MORTGAGE LLC FKA QUICK | 04/25/2024 | 1298940 | Amounts Disbursed To Creditor | 1,493.29 |
| 5 | ROCKET MORTGAGE LLC FKA QUICK | 05/29/2024 | 1301643 | Amounts Disbursed To Creditor | 1,481.66 |
| 5 | ROCKET MORTGAGE LLC FKA QUICK | 06/25/2024 | 1304169 | Amounts Disbursed To Creditor | 1,481.66 |
| 5 | ROCKET MORTGAGE LLC FKA QUICK | 07/25/2024 | 1306778 | Amounts Disbursed To Creditor | 1,481.66 |
| 5 | ROCKET MORTGAGE LLC FKA QUICK | 08/26/2024 | 1309331 | Amounts Disbursed To Creditor | 1,481.66 |
| 5 | ROCKET MORTGAGE LLC FKA QUICK | 09/25/2024 | 1311929 | Amounts Disbursed To Creditor | 1,481.66 |
| 5 | ROCKET MORTGAGE LLC FKA QUICK | 10/25/2024 | 1314453 | Amounts Disbursed To Creditor | 1,481.66 |
| 5 | ROCKET MORTGAGE LLC FKA QUICK | 11/25/2024 | 1317026 | Amounts Disbursed To Creditor | 1,481.66 |
| 5 | ROCKET MORTGAGE LLC FKA QUICK | 12/23/2024 | 1319413 | Amounts Disbursed To Creditor | 1,490.66 |
| 5 | ROCKET MORTGAGE LLC FKA QUICK | 01/28/2025 | 1321919 | Amounts Disbursed To Creditor | 1,490.66 |
| 5 | ROCKET MORTGAGE LLC FKA QUICK | 02/25/2025 | 1324329 | Amounts Disbursed To Creditor | 1,490.66 |
| 5 | ROCKET MORTGAGE LLC FKA QUICK | 03/26/2025 | 1326839 | Amounts Disbursed To Creditor | 1,490.66 |
| 5 | ROCKET MORTGAGE LLC FKA QUICK | 04/25/2025 | 1329305 | Amounts Disbursed To Creditor | 1,490.66 |
| 5 | ROCKET MORTGAGE LLC FKA QUICK | 05/23/2025 | 1331702 | Amounts Disbursed To Creditor | 1,490.66 |
| 5 | ROCKET MORTGAGE LLC FKA QUICK | 06/25/2025 | 1334156 | Amounts Disbursed To Creditor | 1,490.66 |
| 5 | ROCKET MORTGAGE LLC FKA QUICK | 07/25/2025 | 1336626 | Amounts Disbursed To Creditor | 1,490.66 |
| 5 | ROCKET MORTGAGE LLC FKA QUICK | 08/26/2025 | 1339025 | Amounts Disbursed To Creditor | 1,490.66 |
| 5 | ROCKET MORTGAGE LLC FKA QUICK | 09/25/2025 | 1341441 | Amounts Disbursed To Creditor | 1,490.66 |
| 5 | ROCKET MORTGAGE LLC FKA QUICK | 10/24/2025 | 1343914 | Amounts Disbursed To Creditor | 1,490.66 |
| 5 | ROCKET MORTGAGE LLC FKA QUICK | 11/21/2025 | 1346198 | Amounts Disbursed To Creditor | 1,490.66 |
| 5 | ROCKET MORTGAGE LLC FKA QUICK | 12/23/2025 | 1348568 | Amounts Disbursed To Creditor | 1,550.62 |
| | | | | Total for Claim Number 5: | 53,177.05 |
| | | | | | |
| | | | | **Total for Part 4 - a (Postpetition Payments):** | **53,177.05** |

**<u>Certificate of Service</u>**

I hereby certify that on the date shown below, I served a true and correct copy of Trustee's Notice of Disbursements Made upon the following, by regular United States mail, postage prepaid, addressed as follows:

WILLIAM S. SUKITCH
EILEEN L. SUKITCH
2901 JAMESON DRIVE
PITTSBURGH, PA  15226

SHAWN N WRIGHT ESQ
LAW OFFICE OF SHAWN N WRIGHT
7240 MCKNIGHT RD
PITTSBURGH, PA  15237

KML LAW GROUP PC*
701 MARKET ST STE 5000
PHILADELPHIA, PA  19106

ROCKET MORTGAGE LLC FKA QUICKEN
LOANS LLC
635 WOODWARD AVE
DETROIT, MI  48226

Dated: 03/02/2026

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee