**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | William S. Sukitch | Social Security number or ITIN   xxx−xx−0036 |
| | First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Eileen L. Sukitch | Social Security number or ITIN   xxx−xx−1257 |
| | First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   23−20163−JAD

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

William S. Sukitch

Eileen L. Sukitch

5/5/26

**By the court:** Jeffery A. Deller
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                **Chapter 13 Discharge**                page 2

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-20163-JAD |
| William S. Sukitch | Chapter 13 |
| Eileen L. Sukitch | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: May 05, 2026 | Form ID: 3180W | Total Noticed: 42 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William S. Sukitch, Eileen L. Sukitch, 2901 Jameson Drive, Pittsburgh, PA 15226-2534 |
| 15585643 | + | Baldwin Township, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | May 06 2026 05:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | May 06 2026 05:38:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | May 06 2026 05:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | May 06 2026 01:47:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15565413 | + | EDI: CAPITALONE.COM | May 06 2026 05:38:00 | Capital One, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 15578650 | | EDI: CAPITALONE.COM | May 06 2026 05:38:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15581761 | | EDI: Q3G.COM | May 06 2026 05:38:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 15565414 | | EDI: CITICORP | May 06 2026 05:38:00 | Citicards, PO Box 6421, Sioux Falls, SD 57117 |
| 15565415 | | EDI: DISCOVER | May 06 2026 05:38:00 | Discover, P.O. Box 15316, Wilmington, DE 19850 |
| 15565419 | | EDI: CITICORP | May 06 2026 05:38:00 | Macy's, 9111 Duke Boulevard, Mason, OH 45040 |
| 15567726 | | EDI: DISCOVER | May 06 2026 05:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15587129 | + | Email/Text: jdryer@bernsteinlaw.com | May 06 2026 01:47:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15565416 | + | EDI: CITICORP | May 06 2026 05:38:00 | Home Depot, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15586580 | | EDI: JEFFERSONCAP.COM | | |

District/off: 0315-2 | User: auto | Page 2 of 4
Date Rcvd: May 05, 2026 | Form ID: 3180W | Total Noticed: 42

| | | | |
|---|---|---|---|
| | | May 06 2026 05:38:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15565417 | | EDI: CAPITALONE.COM | |
| 15565418 | + | EDI: CAPITALONE.COM | May 06 2026 05:38:00 | Kohl's, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| | | May 06 2026 05:38:00 | Kohls/Capital One, Box 3115, Milwaukee, WI 53201-3115 |
| 15581986 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | May 06 2026 02:01:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15565420 | | Email/Text: EBN@Mohela.com | |
| 15622759 | | Email/Text: EBN@Mohela.com | May 06 2026 01:47:00 | Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |
| | | May 06 2026 01:47:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |
| 15569151 | + | EDI: NFCU.COM | |
| | | May 06 2026 05:38:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 15565421 | | EDI: NFCU.COM | |
| | | May 06 2026 05:38:00 | Navy Federal Credit Union, P.O. Box 3501, Merrifield, VA 22119-3501 |
| 15565422 | | Email/Text: Bankruptcy.Notices@pnc.com | |
| 15583618 | | Email/Text: Bankruptcy.Notices@pnc.com | May 06 2026 01:47:00 | PNC Bank, P.O. Box 5580, Cleveland, OH 44101 |
| | | May 06 2026 01:47:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15588931 | | EDI: PRA.COM | |
| | | May 06 2026 05:38:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15569404 | + | Email/Text: ebnpeoples@grblaw.com | |
| | | May 06 2026 01:47:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15565423 | + | Email/Text: bankruptcyteam@rocketmortgage.com | |
| | | May 06 2026 01:48:00 | Rocket Mortgage, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15573119 | + | Email/Text: bankruptcyteam@rocketmortgage.com | |
| | | May 06 2026 01:48:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 15565430 | + | EDI: CITICORP | |
| | | May 06 2026 05:38:00 | SYWMC/Citibank, 701 E. 60th Street North, Sioux Falls, SD 57104-0432 |
| 15565424 | + | EDI: SYNC | |
| | | May 06 2026 05:38:00 | Syncb/Amazon, PO Box 965005, Orlando, FL 32896-5005 |
| 15565425 | + | EDI: SYNC | |
| | | May 06 2026 05:38:00 | Syncb/At Home, PO Box 965013, Orlando, FL 32896-5013 |
| 15565426 | + | EDI: SYNC | |
| | | May 06 2026 05:38:00 | Syncb/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 15565427 | + | EDI: SYNC | |
| | | May 06 2026 05:38:00 | Syncb/Home Design, PO Box 965005, Orlando, FL 32896-5005 |
| 15565428 | + | EDI: SYNC | |
| | | May 06 2026 05:38:00 | Syncb/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 15565429 | + | EDI: SYNC | |
| | | May 06 2026 05:38:00 | Syncb/Sams Club, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 15588469 | | EDI: AIS.COM | |
| | | May 06 2026 05:38:00 | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15565474 | + | EDI: PRA.COM | |
| | | May 06 2026 05:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15565431 | + | Email/Text: bkelectronicnotices@usaa.com | |
| | | May 06 2026 01:47:00 | USAA Savings Bank, 10750 McDermott Freeway, San Antonio, TX 78288-1600 |
| 15565433 | + | EDI: WFHOME | |
| | | May 06 2026 05:38:00 | WF Dillards, PO Box 14517, Des Moines, IA 50306-3517 |
| 15565432 | + | EDI: WFHOME | |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 05, 2026 | Form ID: 3180W | Total Noticed: 42 |

| | | May 06 2026 05:38:00 | Wells Fargo Bank, PO Box 14517, Des Moines, IA 50306-3517 |
|---|---|---|---|
| 15577861 | EDI: WFCCSBK | | |
| | | May 06 2026 05:38:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 40

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC |
| cr | *+ | Baldwin Township, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| sp | ##+ | Paul Mankin, The Law Office of Paul Mankin, 4655 Cass Street, Ste. 410, San Diego, CA 92109-2812 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2026                 Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Duquesne Light Company blemon@bernsteinlaw.com lemondropper75@hotmail.com;agilbert@bernsteinlaw.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Jeffrey R. Hunt | on behalf of Creditor Baldwin Township jhunt@grblaw.com |
| Matthew Fissel | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Shawn N. Wright | on behalf of Spec. Counsel Paul Mankin shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |
| Shawn N. Wright | on behalf of Joint Debtor Eileen L. Sukitch shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |
| Shawn N. Wright | on behalf of Debtor William S. Sukitch shawn@shawnwrightlaw.com |

District/off: 0315-2                              User: auto                                    Page 4 of 4
Date Rcvd: May 05, 2026                           Form ID: 3180W                                Total Noticed: 42

wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

TOTAL: 9