# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

IN RE:

    WILLIAM S. SUKITCH
    EILEEN L. SUKITCH
          Debtor(s)

    Ronda J. Winnecour
          Movant
         vs.
    No Repondents.

Case No.:23-20163 JAD

Chapter 13

Related to Doc No.:  66

## ORDER OF COURT

AND NOW, this _____5th_____ day of _____May_____, 20_26__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminate and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

U.S. BANKRUPTCY JUDGE

Jeffery A. Deller

FILED
5/5/26 12:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-20163-JAD |
| William S. Sukitch | Chapter 13 |
| Eileen L. Sukitch | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: May 05, 2026 | Form ID: pdf900 | Total Noticed: 40 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##           Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + William S. Sukitch, Eileen L. Sukitch, 2901 Jameson Drive, Pittsburgh, PA 15226-2534 |
| 15585643 | + Baldwin Township, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 06 2026 01:45:19 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + Email/Text: ebnpeoples@grblaw.com | May 06 2026 01:47:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15565413 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | May 06 2026 01:45:18 | Capital One, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 15578650 | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 06 2026 01:45:24 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15581761 | Email/Text: bnc-quantum@quantum3group.com | May 06 2026 01:48:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 15565414 | Email/PDF: Citi.BNC.Correspondence@citi.com | May 06 2026 02:02:02 | Citicards, PO Box 6421, Sioux Falls, SD 57117 |
| 15565415 | Email/Text: mrdiscen@discover.com | May 06 2026 01:47:00 | Discover, P.O. Box 15316, Wilmington, DE 19850 |
| 15565419 | Email/PDF: Citi.BNC.Correspondence@citi.com | May 06 2026 02:02:02 | Macy's, 9111 Duke Boulevard, Mason, OH 45040 |
| 15567726 | Email/Text: mrdiscen@discover.com | May 06 2026 01:47:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15587129 | + Email/Text: jdryer@bernsteinlaw.com | May 06 2026 01:47:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15565416 | + Email/PDF: Citi.BNC.Correspondence@citi.com | May 06 2026 02:02:57 | Home Depot, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15586580 | Email/Text: JCAP_BNC_Notices@jcap.com | May 06 2026 01:48:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15565417 | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 06 2026 01:45:31 | Kohl's, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 15565418 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | May 06 2026 01:45:24 | Kohls/Capital One, Box 3115, Milwaukee, WI 53201-3115 |

District/off: 0315-2                                     User: auto                                     Page 2 of 3
Date Rcvd: May 05, 2026                           Form ID: pdf900                           Total Noticed: 40

| 15581986 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | May 06 2026 02:01:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15565420 | | Email/Text: EBN@Mohela.com | | |
| | | | May 06 2026 01:47:00 | Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15622759 | | Email/Text: EBN@Mohela.com | | |
| | | | May 06 2026 01:47:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |
| 15569151 | + | Email/Text: ext_ebn_inbox@navyfederal.org | | |
| | | | May 06 2026 01:48:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 15565421 | + | Email/Text: ext_ebn_inbox@navyfederal.org | | |
| | | | May 06 2026 01:48:00 | Navy Federal Credit Union, P.O. Box 3501, Merrifield, VA 22119-3501 |
| 15565422 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | May 06 2026 01:47:00 | PNC Bank, P.O. Box 5580, Cleveland, OH 44101 |
| 15583618 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | May 06 2026 01:47:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15588931 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | May 06 2026 01:45:25 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15569404 | + | Email/Text: ebnpeoples@grblaw.com | | |
| | | | May 06 2026 01:47:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15565423 | + | Email/Text: bankruptcyteam@rocketmortgage.com | | |
| | | | May 06 2026 01:48:00 | Rocket Mortgage, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15573119 | + | Email/Text: bankruptcyteam@rocketmortgage.com | | |
| | | | May 06 2026 01:48:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 15565430 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | May 06 2026 02:02:46 | SYWMC/Citibank, 701 E. 60th Street North, Sioux Falls, SD 57104-0432 |
| 15565424 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | May 06 2026 01:45:16 | Syncb/Amazon, PO Box 965005, Orlando, FL 32896-5005 |
| 15565425 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | May 06 2026 01:45:30 | Syncb/At Home, PO Box 965013, Orlando, FL 32896-5013 |
| 15565426 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | May 06 2026 01:45:24 | Syncb/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 15565427 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | May 06 2026 01:45:24 | Syncb/Home Design, PO Box 965005, Orlando, FL 32896-5005 |
| 15565428 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | May 06 2026 01:45:30 | Syncb/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 15565429 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | May 06 2026 01:45:24 | Syncb/Sams Club, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 15588469 | | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | May 06 2026 01:45:19 | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15565474 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | May 06 2026 01:45:32 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15565431 | + | Email/Text: bkelectronicnotices@usaa.com | | |
| | | | May 06 2026 01:47:00 | USAA Savings Bank, 10750 McDermott Freeway, San Antonio, TX 78288-1600 |
| 15565433 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | | |
| | | | May 06 2026 01:45:25 | WF Dillards, PO Box 14517, Des Moines, IA 50306-3517 |
| 15565432 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | | |
| | | | May 06 2026 01:45:18 | Wells Fargo Bank, PO Box 14517, Des Moines, IA 50306-3517 |
| 15577861 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | | |
| | | | May 06 2026 01:45:24 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 38

District/off: 0315-2                                     User: auto                                              Page 3 of 3
Date Rcvd: May 05, 2026                                  Form ID: pdf900                                        Total Noticed: 40

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC |
| cr | *+ | Baldwin Township, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| sp | ##+ | Paul Mankin, The Law Office of Paul Mankin, 4655 Cass Street, Ste. 410, San Diego, CA 92109-2812 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 07, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Duquesne Light Company blemon@bernsteinlaw.com lemondropper75@hotmail.com;agilbert@bernsteinlaw.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Jeffrey R. Hunt | on behalf of Creditor Baldwin Township jhunt@grblaw.com |
| Matthew Fissel | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Shawn N. Wright | on behalf of Debtor William S. Sukitch shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |
| Shawn N. Wright | on behalf of Joint Debtor Eileen L. Sukitch shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |
| Shawn N. Wright | on behalf of Spec. Counsel Paul Mankin shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |

TOTAL: 9